IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEAN L. THOMAS BRUCE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:13-CV-3019-M-BH |
| | § | |
| NATIONSTAR MORTGAGE formerly | § | |
| known as Centex Home Equity, | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiffs have not filed an amended complaint as allowed by the recommendation, *Defendant's Second Motion to Dismiss and Brief in Support*, filed June 24, 2014 (doc. 15), is **GRANTED**. Plaintiffs' remaining claims against Defendant for negligence *per se*, negligent misrepresentation, fraud, and suit to quiet title are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 19 day of February, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS